No. 11-6027. Mark Manzella, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.

565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7809, 

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-6038. Jesse Lee Carter, Petitioner v. Hugh K. Campbell.

565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7854, 

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 11-6042. Jesse Collins, Petitioner v. City of Jacksonville, Florida.

565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7817.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 54 So. 3d 973.

No. 11-6044. Jose Fernando Colon, Petitioner v. Fred Burnett, Warden, et al.

565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7894.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6045. Amilcar Rodriguez, Petitioner v. Illinois.

565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7857.

October 31, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 405 Ill. App. 3d 1202, 375 Ill. Dec. 699, 997 N.E.2d 1010.

No. 11-6047. Jeanne Marie Soja, Petitioner v. California.

565 U.S. 983, 132 S. Ct. 507, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7812.

October 31, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

No. 11-6051. Billy E. Parker, Petitioner v. Justin Jones, Director, Oklahoma Department of Corrections.

565 U.S. 983, 132 S. Ct. 507, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7900.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 423 Fed. Appx. 824.

No. 11-6054. Barbara Springs, Petitioner v. New York City Board of Education, et al.

565 U.S. 983, 132 S. Ct. 507, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7901, 

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.